**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA**

In re: Anthony D. Smith    §    Case No. 8:11-bk-05028-MGW
                          §
                          §
    Debtors               §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Terry E. Smith, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2011.

2) The plan was confirmed on 12/20/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/07/2012.

5) The case was dismissed on 03/07/2013.

6) Number of months from filing or conversion to last payment: 21.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $922.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 9,608.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 9,608.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,125.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 403.66 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,528.66 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Uns | 101,205.00 | 102,264.00 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Sec | 188,656.00 | 182,268.41 | 0.00 | 0.00 | 0.00 |
| Mike Olsen/Pasco County | Sec | 2,056.00 | 5,805.18 | 5,805.18 | 496.19 | 0.00 |
| MIKE OLSON TAX COLLECTOR | Sec | 2,875.00 | NA | NA | 0.00 | 0.00 |
| USAA | Sec | 11,029.00 | 12,615.05 | 12,615.05 | 2,852.02 | 231.88 |
| USAA | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA Federal Savings Bank | Sec | 7,359.00 | 7,359.00 | 7,359.00 | 1,386.19 | 113.06 |
| USAA Federal Savings Bank | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Sec | 15,000.00 | NA | NA | 0.00 | 0.00 |
| ABC SUPPLY | Uns | 6,516.00 | NA | NA | 0.00 | 0.00 |
| ABC SUPPLY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ACADEMIC ALLIANCE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ADVANTA | Uns | 1.00 | 2,801.83 | 0.00 | 0.00 | 0.00 |
| AETNA/ORS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ALLTEL | Uns | 928.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EAGLE OUTFITTERS | Uns | 1.00 | 378.90 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENT BANK | Uns | 4,090.00 | 4,079.06 | 0.00 | 0.00 | 0.00 |
| ASSOC PATH OF ST. JOSEPH | Uns | 783.00 | NA | NA | 0.00 | 0.00 |
| ATT & T CREDIT MGNT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | 5,945.03 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BAY HEART GROUP | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| BAYFLITE MEDICAL TRANSPORT | Uns | 13,695.00 | NA | NA | 0.00 | 0.00 |
| BAYFRONT MEDICAL CENTER | Uns | 16,228.00 | NA | NA | 0.00 | 0.00 |
| BAYFRONT TRAUMA SUR | Uns | 275.00 | 275.00 | 0.00 | 0.00 | 0.00 |
| BRIGHTHOUSE NETWORKS | Uns | 383.00 | NA | NA | 0.00 | 0.00 |
| BUILDERS INSULATION | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,460.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 3,523.00 | NA | NA | 0.00 | 0.00 |
| CARPTE STORE INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 1,654.00 | 1,649.07 | 0.00 | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CHEVRON | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CITI | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CITI | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CITI/SHELL | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK/DFS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIFINANCIAL | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL RETAIL | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CLOSETS BY CHET | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| COASTLINE DISTRIBUTION | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Uns | 5,015.00 | 5,002.09 | 0.00 | 0.00 | 0.00 |
| CREDIT FIRST | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NATIONAL ASSOC | Uns | 1,106.00 | 1,102.52 | 0.00 | 0.00 | 0.00 |
| CREDIT SYSTEMS INT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| CRYSTAL SPRING | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL | Uns | 2,336.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS BUSINESS BUR | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| DOUBLE DAY BOOK CLUB | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT COR | Uns | 531.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT COR | Uns | 936.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT COR | Uns | 5,961.00 | NA | NA | 0.00 | 0.00 |
| EDORADO & JILL DESIMONI | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL ASSOC | Uns | 526.00 | NA | NA | 0.00 | 0.00 |
| FIRESTONE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| FLEET ONE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| FRANK SCOTT, PERRINO ESQ | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GATOR GYPSUM | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/AMERICAN EAGLE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CARE CREDIT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CASUAL CORNER | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CHEVRON | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/DILLARDS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/FUNCING | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEYS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEYS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEYS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/LOWE'S | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GEMB/SAM'S | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAM'S | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAM'S | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GRDN/CBSD | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| GULF COAST WATER CONDITION | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HERS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD REC ACQUISITIONS | Uns | 2,402.00 | NA | NA | 0.00 | 0.00 |
| HSBC /BEST BUY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC /BEST BUY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC /BEST BUY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC /BEST BUY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Uns | 8,960.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Uns | 1,981.00 | 2,395.52 | 0.00 | 0.00 | 0.00 |
| HSBC/BEST BUY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/MS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/NEIMM | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RD | Uns | 7,704.00 | NA | NA | 0.00 | 0.00 |
| HSBC/RS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/YAMAHA | Uns | 3,264.00 | 3,255.61 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| IDEAL COLLECTION SERVICE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| INFECTIOUS DISEASE ASSOC | Uns | 4.00 | NA | NA | 0.00 | 0.00 |
| INSIGNIA HEALTH CARE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| JAREDS JEWELERS | Uns | 985.00 | NA | NA | 0.00 | 0.00 |
| JUNIPER | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| KNOWLES PUBLISHING | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LABORATORY PHYSICIANS | Uns | 203.00 | NA | NA | 0.00 | 0.00 |
| LLT BUILDING SUPPLIES | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 1,982.00 | 1,976.58 | 0.00 | 0.00 | 0.00 |
| MIDDLETON PEST CONTROL | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| MITSUBISHI MOTOR CREDIT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| MMCA/C1 | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| MODULAR DOCUMENT SOLUTIONS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| NEXTCARD | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| NEXTCARD | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| O'RIORDAN | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ONE SPIRIT BOOK CLUB | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| PASCO COUNTY FIRE | Uns | 459.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 3,264.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Uns | 5,553.00 | 5,538.26 | 0.00 | 0.00 | 0.00 |
| PPG ARCHITECTURAL | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 457.00 | NA | NA | 0.00 | 0.00 |
| PRS REC MGNT LLC | Uns | 4,325.00 | NA | NA | 0.00 | 0.00 |
| RAUL & KEPPY RIVERA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| RICHARD GOLDBERGER | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J MAXON & MAUREEN ZIE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,273.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 4,314.00 | NA | NA | 0.00 | 0.00 |
| SAM ASH MUSIC | Uns | 6,500.00 | 8,937.17 | 0.00 | 0.00 | 0.00 |
| SCIENCE FICTION BOOK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SDI DIAGNOSTIC IMAGING | Uns | 319.00 | NA | NA | 0.00 | 0.00 |
| SHELL/CITI | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SOUTHLAND FLOORS INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| ST. JOSEPH'S HOSPITAL | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| ST. JOSEPH'S HOSPITAL | Uns | 1,705.00 | NA | NA | 0.00 | 0.00 |
| SUNSET BAY LANDSCAPING | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ELECTRIC INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 8:11-bk-05028-MGW    Doc 62    Filed 03/22/13    Page 7 of 10

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SUZUKI CREDIT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| TAMPA BAY ORTHOPAEDICS | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| TAMPA WHOLESALE TILE SUPPLY | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| THD/CBSD | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| THE BLUE BOOK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| TIRE KINGDOM | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| TRANSDOR | Uns | 2,272.00 | NA | NA | 0.00 | 0.00 |
| TRANSDOR | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| UCH CARROLLWOOD | Uns | 1.00 | 75.00 | 0.00 | 0.00 | 0.00 |
| UNION ACCEPTANCE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 16,296.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1,230.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| VERIZON FLORIDA | Uns | 8,414.00 | 7,981.74 | 0.00 | 0.00 | 0.00 |
| VERIZON | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| VERIZON AVENUE CORP | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| VERIZON FLORIDA INC | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WASH MUTUAL/PROVIDIAN | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WASH MUTUAL/PROVIDIAN | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT | Uns | 1,583.00 | NA | NA | 0.00 | 0.00 |
| WASTE MGNT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WFFINANCE | Uns | 1.00 | 10,380.54 | 0.00 | 0.00 | 0.00 |
| WFNNB/CHADWICKS OF BO | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LERNER MAIL ORDER | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LIMITED TOO | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/VICTORIA'S SECRET | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK USA | Uns | 1,546.00 | 1,546.00 | 0.00 | 0.00 | 0.00 |
| YELLOWBOOK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| USAA FSB | Sec | 0.00 | 11,029.00 | 0.00 | 0.00 | 0.00 |
| P.R. Smith Law Group, PA | Lgl | 3,850.00 | 3,850.00 | 3,850.00 | 3,850.00 | 0.00 |

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| P.R. Smith Law Group, PA | Lgl | 275.00 | 275.00 | 275.00 | 275.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 19,974.05 | $ 4,238.21 | $ 344.94 |
| All Other Secured | $ 5,805.18 | $ 496.19 | $ 0.00 |
| **TOTAL SECURED:** | $ 25,779.23 | $ 4,734.40 | $ 344.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 0.00 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,528.66 |
| Disbursements to Creditors | $ 5,079.34 |
| **TOTAL DISBURSEMENTS:** | $ 9,608.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/22/2013                    By:  /s/ Terry E. Smith
                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)